IN THE MATTER OF STEVEN V. COLACURCIO, THOMAS SCHWANER AND VICTOR V. COTE.

February 19, 1982.

Petition for certification denied.

R. A. STEELMAN COMPANY v. CITY OF ATLANTIC CITY.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL ASSIDIO.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LEROY SMALL.

February 19, 1982.

Petition for certification denied.